AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
|---|---|
| v. | ) |
| JASON ANDERSON | ) Case No. 3:17-cr-63 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**ARREST WARRANT**

FILED
AUG 10 2017
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON ANDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) Felon in possession of one or more firearms

Date: 07/12/2017

*Issuing officer's signature*

City and state: South Bend, IN

Robert N. Trgovich, Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 08/10/2017
at *(city and state)* LaPorte County, IN.

Date: 08-10-17

*Arresting officer's signature*

Carter Dawson, Deputy U.S. Marshal
*Printed name and title*